UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS,

                Plaintiff,

  - against -

INTEGRATED BUSINESS LLC,

                Defendant.
------------------------------------X

19 Civ. 4006(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that although the petition was filed on May 3, 2019, and service was accepted on June 24, 2019, to date no answer has been recorded. Accordingly, it is hereby

**ORDERED** that plaintiffs are directed to advise the Court within thirty (30) days of the date of this Order of their contemplation with regard to further prosecution of this action. In the event no timely response to this Order is submitted by that date the Court may dismiss the complaint without further notice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:   New York, New York
        February 18, 2020

                                          VICTOR MARRERO
                                            U.S.D.J.