USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

    Petitioner,

-and-

INTEGRATED BUSINESS LLC a/k/a INTEGRATED BUSINESS INSTALLATIONS LLC a/k/a INTEGRATED BUSINESS INSTALLATION LLC,

    Respondent.

**DEFAULT JUDGMENT**

Case No. 19-cv-4006 (VM)

This action having been commenced on May 3, 2019 by the filing of the Summons and Petition, and a copy of the Summons and Petition having been served on the Respondent, Integrated Business LLC a/k/a Integrated Business Installations LLC, a/k/a Integrated Business Installation LLC ("Respondent") by personal service on the Secretary of State of the State of New York on June 24, 2019, and a proof of service having been filed on July 1, 2019, and the Respondent not having answered the Petition, and the time for answering the Petition having expired, it is

ORDERED, ADJUDGED AND DECREED that the Arbitration Award of Roger Maher dated April 23, 2018 be confirmed in its entirety, and that Petitioner, New York City District Council of Carpenters, have judgment against Respondent in the amount of $17,700.88 plus prejudgment interest thereon at the New York State statutory rate of nine percent per annum accruing from February 12, 2018 in the amount of $ 3,308.37 , plus $1,470 for attorneys' fees and $812.68 for costs accrued by Petitioner to date in this action, for a total sum of

$ 23,291.93 in favor of Petitioner and against Respondent, plus additional attorneys'

fees and costs associated with this action and enforcement of this Judgment.

DATED: New York, New York
11 March, 2020

SO ORDERED:

_____
Victor Marrero, U.S.D.J.

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

2